IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IRVIN NORDIN            *
                        *
     v.                 *   Civil No. JFM-86-2867
                        *
EAGLE-PICHER            *
                   *****

ORDER

Upon consideration of plaintiffs' motion to reopen, it is, this 16th day of February 2000

ORDERED that said action be reopened.

_____
J. Frederick Motz
United States District Judge